002300      199512 WI

**IRS** Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0030

Notice Number: CP 504
Notice Date: 07-07-2003
SSN/EIN: 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
Caller ID: 983703

7178 2665 9398 1680 4547

JACK D THRASHER
PO BOX 879
ALTO  NM  88312-0879798


*555464082101*

## Urgent !!
**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.

### Account Summary

| Form: 1040A | Tax Period: 12-31-1995 |
|---|---|
| Current Balance: | $156,939.68 |
| Includes: | |
| Penalty: | $15,541.00 |
| Interest: | $46,527.28 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, The IRS Collection Process, and Notice 1219B, Notice of Potential Third Party Contact, for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 07-07-2003

*write on your check:*

| 1040A | 12-31-1995 | 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 |

Amount Due: $156,939.68

Attachment #3

06 1075
**FILED**
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Internal Revenue Service
OGDEN, UT  84201-0030

JACK D THRASHER
PO BOX 879
ALTO  NM  88312-0879798

555464082 XZ THRA 30 0 199512 670 0001569968