Department of the Treasury  
Internal Revenue Service  
FRESNO, CA  93888-0030

Date of this notice: MAY 5, 2003  
Taxpayer Identifying Number: 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  
Form: 1040A   Tax Period: DEC. 31, 1995

For assistance you may call us at:  
1-800-829-7650

JACK D THRASHER  
PO BOX 879  
ALTO  NM  88312-0879798

TAX BILL:  YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1995.  THE AMOUNT YOU OWE IS  $155,724.72.  WE FIGURED THIS AMOUNT BY ADDING:

```
AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . .     $94,871.40
PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . .     $15,541.00
INTEREST ON LATE PAYMENT. . . . . . . . . . . . .     $45,312.32
```

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU.  THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY   $155,724.72 BY MAY  15, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM.  SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST.  MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES.  WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE.  SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL.  ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY.  SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE.  IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE.  THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

Attachment #4

PAGE  1

06 1075  
FILED  
JUN 1 2 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

## EXPLANATION OF PENALTY AND INTEREST CHARGES

THE PENALTY AND INTEREST CHARGES ON YOUR ACCOUNT ARE EXPLAINED ON THE FOLLOWING PAGES. IF YOU WANT A MORE DETAILED EXPLANATION OF YOUR PENALTIES AND INTEREST, PLEASE CALL US AT THE TELEPHONE NUMBER LISTED ON THE TOP OF THIS NOTICE.

* **$15,541.00 PAYING LATE - IRC SECTION 6651**

WE CHARGED A PENALTY BECAUSE YOU DIDN'T PAY YOUR TAX ON TIME. INITIALLY, THE PENALTY IS 1/2% OF THE UNPAID TAX FOR EACH MONTH OR PART OF A MONTH YOU DIDN'T PAY YOUR TAX. IF YOU THINK WE SHOULD REMOVE OR REDUCE THE PENALTY, SEE "REMOVAL OF PENALTIES - REASONABLE CAUSE."

THE FOLLOWING TABLE SHOWS THE PENALTY CHARGES ON YOUR ACCOUNT. TO COMPUTE YOUR LATE PAYING PENALTY WE USED PRINCIPAL X RATE X NUMBER OF MONTHS LATE.

| Date | No.Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/09/1998 | 01 | 0.50% | 62,164.00 | 310.82 |
| 05/09/2003 | 50 | 1.00% | 62,164.00 | 15,230.18 |
|  |  | Total Penalty: |  | 15,541.00 |

* **$45,312.32 INTEREST - IRC SECTION 6601**

WE CHARGE INTEREST WHEN YOUR TAX ISN'T PAID ON TIME. INTEREST IS COMPUTED FROM THE DUE DATE OF YOUR RETURN (REGARDLESS OF EXTENSIONS) UNTIL PAID IN FULL OR TO THE DATE OF THIS NOTICE.

INTEREST COMPOUNDS DAILY EXCEPT ON LATE OR UNDERPAID ESTIMATED TAXES FOR INDIVIDUALS OR CORPORATIONS. INTEREST IS ALSO CHARGED ON PENALTIES FOR LATE FILING, OVER OR UNDERSTATING VALUATIONS, AND SUBSTANTIALLY UNDERSTATING THE TAX YOU OWE.

THE FOLLOWING TABLE SHOWS THE INTEREST CHARGES ON YOUR ACCOUNT. TO COMPUTE YOUR INTEREST WE USED PRINCIPAL X FACTOR.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/1996 | 06/30/1996 | 76 | 8.0% | 0.016748923 | 77705.00 | 1301.48 |
| 06/30/1996 | 12/31/1996 | 184 | 9.0% | 0.046279292 | 79006.48 | 3656.36 |
| 12/31/1996 | 06/30/1997 | 181 | 9.0% | 0.045635292 | 82662.84 | 3772.34 |
| 06/30/1997 | 12/31/1997 | 184 | 9.0% | 0.046408966 | 86435.18 | 4011.37 |
| 12/31/1997 | 02/16/1998 | 47 | 9.0% | 0.011655009 | 90446.55 | 1054.16 |
| 02/16/1998 | 03/31/1998 | 43 | 9.0% | 0.010657827 | 94871.40 | 1011.12 |
| 03/31/1998 | 09/30/1998 | 183 | 8.0% | 0.040920267 | 95882.52 | 3923.54 |
| 09/30/1998 | 12/31/1998 | 92 | 8.0% | 0.020366804 | 99806.06 | 2032.73 |
| 12/31/1998 | 03/31/1999 | 90 | 7.0% | 0.017408410 | 101838.79 | 1772.85 |
| 03/31/1999 | 09/30/1999 | 183 | 8.0% | 0.040920267 | 103611.64 | 4239.82 |
| 09/30/1999 | 12/31/1999 | 92 | 8.0% | 0.020366804 | 107851.46 | 2196.59 |
| 12/31/1999 | 03/31/2000 | 91 | 8.0% | 0.020087632 | 110048.05 | 2210.60 |
| 03/31/2000 | 09/30/2000 | 183 | 9.0% | 0.046022073 | 112258.65 | 5166.38 |
| 09/30/2000 | 12/31/2000 | 92 | 9.0% | 0.022877946 | 117425.03 | 2686.44 |
| 12/31/2000 | 03/31/2001 | 90 | 9.0% | 0.022437053 | 120111.47 | 2694.95 |
| 03/31/2001 | 06/30/2001 | 91 | 8.0% | 0.020143211 | 122806.42 | 2473.72 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 125280.14 | 4499.33 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 129779.47 | 3919.08 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 133698.55 | 4105.36 |
| 12/31/2002 | 05/05/2003 | 125 | 5.0% | 0.017269539 | 137803.91 | 2379.81 |
|  |  |  |  | Total Interest: |  | 59108.03 |

* **ADDITIONAL INTEREST CHARGES**

IF THE AMOUNT YOU OWE IS $100,000 OR MORE, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 10 WORK DAYS FROM THE DATE OF YOUR NOTICE. IF THE AMOUNT YOU OWE IS LESS THAN $100,000, PLEASE MAKE SURE THAT WE RECEIVE YOUR PAYMENT WITHIN 21 CALENDAR DAYS FROM THE DATE OF YOUR NOTICE. IF WE DON'T RECEIVE FULL PAYMENT WITHIN THESE TIME FRAMES, THE LAW REQUIRES US TO CHARGE INTEREST UNTIL YOU PAY THE FULL AMOUNT YOU OWE.

**REMOVAL OF PENALTIES - REASONABLE CAUSE**

THE LAW LETS US REMOVE OR REDUCE THE PENALTIES EXPLAINED IN THIS NOTICE IF YOU HAVE AN ACCEPTABLE REASON. IF YOU BELIEVE YOU HAVE AN ACCEPTABLE REASON, YOU MAY SEND US A SIGNED STATEMENT EXPLAINING YOUR REASON. WE'LL REVIEW IT AND LET YOU KNOW IF WE ACCEPT YOUR EXPLANATION AS REASONABLE CAUSE TO REMOVE OR REDUCE YOUR PENALTY. THIS PROCEDURE DOESN'T APPLY TO INTEREST AND, IN SOME CASES, WE MAY ASK YOU TO PAY THE TAX IN FULL BEFORE WE REDUCE OR REMOVE THE PENALTY FOR PAYING LATE.

ERRONEOUS WRITTEN ADVICE FROM IRS

WE'LL ALSO REMOVE YOUR PENALTY IF:

- YOU WROTE TO IRS AND ASKED FOR ADVICE ON A SPECIFIC ISSUE,
- YOU GAVE IRS COMPLETE AND ACCURATE INFORMATION,
- IRS WROTE BACK TO YOU AND GAVE YOU A SPECIFIC COURSE OF ACTION TO TAKE OR EXPLAINED WHAT ACTIONS NOT TO TAKE,
- YOU FOLLOWED OUR WRITTEN ADVICE IN THE MANNER WE OUTLINED, AND
- YOU WERE PENALIZED FOR THE WRITTEN ADVICE WE GAVE YOU.

TO HAVE THE PENALTY REMOVED BECAUSE OF ERRONEOUS WRITTEN ADVICE FROM IRS, YOU SHOULD:

- COMPLETE FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT,
- REQUEST THAT IRS REMOVE THE PENALTY, AND
- SEND FORM 843 TO THE IRS SERVICE CENTER WHERE YOU FILED YOUR RETURN FOR THE YEAR YOU RELIED ON ERRONEOUS ADVICE FROM THE IRS.

THE THREE DOCUMENTS YOU MUST ATTACH TO YOUR FORM 843 ARE:
- A COPY OF YOUR ORIGINAL REQUEST FOR ADVICE FROM IRS,
- A COPY OF THE ERRONEOUS WRITTEN ADVICE FROM IRS, AND
- A NOTICE (IF ANY) SHOWING THE PENALTY WE CHARGED THAT YOU NOW WISH US TO REMOVE.

---

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
OUR TELEPHONE NUMBER       BEST TIME TO CALL
(   )   -

AMOUNT YOU OWE................$155,724.
LESS PAYMENTS NOT INCLUDED. $_____
PAY ADJUSTED AMOUNT........ $_____

I
200317                 29247-428-00294-8

INTERNAL REVENUE SERVICE             JACK D THRASHER
P. O. BOX 12866                      PO BOX 879
STOP 81                              ALTO NM  88312-0879798
FRESNO, CA  93779-0030