AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JACK D. THRASHER

V.

UNITED STATES GOVERNMENT

CASE

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01075

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 06/12/2006

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. ATTORNEY
___ 3RD ST. N.W.
___INGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S  PRO SE  (name and address)

JACK D. THRASHER
7 HEDGEBELL COURT
THE WOODLANDS, TX.
77380

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 12 2006
CLERK                                          DATE

(By) DEPUTY CLERK



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0000 4867 1134**
Detailed Results:

- **Delivered, July 10, 2006, 11:05 am, WASHINGTON, DC 20001**
- **Arrival at Unit, July 10, 2006, 10:13 am, WASHINGTON, DC 20001**
- **Acceptance, July 06, 2006, 11:18 am, CONROE, TX 77301**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                              7/14/2006

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20001

| | | |
|---|---|---|
| Postage | $ 2.07 | UNIT ID: 0301 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KZ0T3J |
| Total Postage & Fees | $ 6.32 | 07/06/06 |

Sent To: Civil Process Clerk, Kenneth L Wainstein
Street, Apt. No.; or PO Box No.: 501 3rd St NW
City, State, ZIP+4: Washington DC 20001

Article Number: 7006 0100 0000 4867 1134

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk,
   Kenneth L Wainstein
   United States Attorney
   District of Columbia
   501 3rd Street NW
   Washington D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SANDRA CACTER
C. Date of Delivery: 7-10-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0000 4867 1134

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is July 10, 2006. The cost of the mailing is $ 6.32

Certified mail # 7006 0100 0000 4867 1134

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001


I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.


_Vickie Q. Flake_          _7/15/06_
Signature                   Date