IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK D. THRASHER ) | |
| ) | |
| Plaintiff, ) | No. 1:06-1075 (PLF) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS COMPLAINT

DEFENDANT, the United States of America, by and through its attorneys and under Fed. R. Civ. P. 12(b), moves for dismissal of plaintiff's complaint.

As grounds for this motion, the United States asserts that the Court lacks subject matter jurisdiction over the complaint, due to plaintiff's failure to exhaust his administrative remedies prior to filing suit, and that plaintiff's claims for declaratory and injunctive relief are barred by the tax exception to the Declaratory Judgment Act and the Anti-Injunction Act, respectively. These grounds for relief are more fully set forth and discussed in a memorandum of law served and filed with this motion.

The specific relief sought by this motion is dismissal of the complaint.

DATED: August 14, 2006.                                  Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS COMPLAINT was filed in accordance with the Court's ECF system, and served on August 14, 2006, by sending a copy by first-class mail, postage prepaid, addressed as follows:

>Jack D. Thrasher
>Plaintiff *Pro Se*
>7 Hedgebell Court
>The Woodland, TX 77380

              /s/ Pat S. Genis
              PAT S. GENIS, #446244