IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK D. THRASHER | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1075 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Jack D. Thrasher
Plaintiff *Pro Se*
7 Hedgebell Court
The Woodland, TX 77380

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the proposed ORDER was filed in accordance with the Court's ECF procedures, and served on August 14, 2006, by sending a copy by First-Class mail, postage prepaid, addressed to the following persons:

> Jack D. Thrasher
> Plaintiff *Pro Se*
> 7 Hedgebell Court
> The Woodland, TX 77380

                                        /s/ Pat S. Genis
                                  PAT S. GENIS, #446244