# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Jack D Thrasher

        Plaintiff(s),

v.

United States (Government)

        Defendant.

No: 1:06-cv-01075

NOTICE OF CHANGE OF ADDRESS

All partied to the instant action will take notice of plaintiff's change of address.

10325 Cypresswood Drive, Apartment 1027, Houston, Tx 77070.

Respectfully,

Dated October 23, 2006

Jack D Thrasher

*RECEIVED OCT 26 2006 NANCY MAYER WHITTINGTON, U.S. DISTRICT COURT, CLERK*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on defendants' attorney of record.

Dated October 23, 2006

Jack D Thrasher

Jack D Thrasher v United States
(Government) No. 1:06-cv-01075

Page 1 of 1

RESPONSE TO MOTION TO DISMISS /
MOTION FOR SUMMARY JUDGMENT
ALTERNATIVE MOTION TO BIFURCATE