UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK D. THRASHER, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-1075 (PLF) |
| UNITED STATES, | ) |
|       Defendant. | ) |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [6] to dismiss the plaintiff's claim for compensatory damages for failure to state a claim upon which relief can be granted is GRANTED; it is

FURTHER ORDERED that defendant's motion [6] to dismiss the plaintiff's claims for punitive damages, a declaratory judgment and an injunction for lack of subject matter jurisdiction is GRANTED; it is

FURTHER ORDERED that plaintiff's motion [10] for summary judgment or to bifurcate therefore is denied; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 17, 2006